UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESTINEE ROSE COLE,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 2:26-cv-00055 CKD<br><br>ORDER TO SHOW CAUSE |

Plaintiff, proceeding through counsel, initiated this action for review of an agency decision denying disability benefits on January 8, 2026. The parties consented to magistrate jurisdiction for all purposes as reflected in an order issued January 20, 2026. The administrative transcript was filed on March 9, 2026.

On May 12, 2026, plaintiff was granted a second extension of time until May 15, 2026 in which to file her motion for summary judgment, with all other deadlines adjusted accordingly. Plaintiff has not filed anything in the intervening months. Plaintiff has an affirmative duty to prosecute this action, and failure to do so may result in a dismissal for lack of prosecution. Fed. R. Civ. P. 41(b).

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, in writing, no later than fourteen days from the date of this order, why this action should not be dismissed for failure to prosecute.

Dated: September 25, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/cole00555.osc